IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01445-WYD-KLM

MICHAEL D. HORNE;
JOSEPH B. BARRERAS;
JERSHAUN JONES;
COREY E. LA MAR; and,
DESHAUN LOCKETT, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

SCOTT'S CONCRETE CONTRACTOR, LLC;
LEONA D. SCOTT; and,
OCCIA S. SCOTT,

      Defendants.

## DEFAULT JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the Order, filed on July 16, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that Magistrate Judge Mix's Recommendation [ECF Doc. No. 30] is affirmed and adopted.  It is further

ORDERED that the Plaintiffs' Motion for Entry of Default Judgment [ECF Doc. No. 20] is GRANTED, and judgment is rendered in favor of the Plaintiffs and Opt-In Plaintiffs against the Defendants jointly and severally.  It is further

ORDERED that default judgment is hereby entered in favor of Plaintiffs, Michael D. Horne; Joseph B. Barreras; Jershaun Jones; Corey E. La Mar; and, Deshaun Lockett, on behalf of themselves and all others similarly situated, and against Defendants, Scott's Concrete Contractor, LLC; Leona D. Scott; and, Occia S. Scott, on Plaintiffs' Motion for Entry of Default Judgment.  It is further

ORDERED that the Defendants shall pay damages to the following parties in the following amounts: (1) Michael D. Horne, $344.76; (2) Joseph Barreras, $2,226.00; (3) Jershaun Jones, $565.50; (4) Corey E. La Mar, $290.00; (5) Deshaun Lockett, $580.00; (6) Leonard P. Streifel, $2,023.76; (7) Esteban Villalobos, $2,226.00; and, (8) Luis Morales, $1,442.75.  The Defendants shall pay damages to the above-listed parties, in full, on or before Friday, August 2, 2013.

ORDERED that the Plaintiffs are entitled to an award of $15,954.00 in attorney fees and $425.00 in costs incurred as a result of this suit.  The Defendants shall pay both amounts to the Plaintiffs, in full, on or before Friday, August 2, 2013.  It is further

ORDERED that post-judgment interest shall accrue at the current rate of  0.13%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.

DATED at Denver, Colorado this <u>17th</u> day of July, 2013.

>
> FOR THE COURT:
>
> JEFFREY P. COLWELL, CLERK
>
> By: <u>s/ Edward P. Butler</u>
> Edward P. Butler,
> Deputy Clerk